**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 90-cv-01071-LTB

ROBERT E. HILL, individually, and as parent and
next friend of Tasha R. Hill, a minor; and
CYNTHIA G. HILL, individually, and as parent and
next friend of Tasha R. Hill, a minor,

       Plaintiffs,

v.

UNITED STATES OF AMERICA,

       Defendant.

_____

**ORDER**
_____

       This matter is before me on the Government's Objections to the Eleventh Annual Joint

Report for the Calendar Year 2008 Pertaining to the Irrevocable Reversionary Inter Vivos

Medical Care Trust for the Benefit of Tasha R. Hill, Motion for Further Information, and Motion

for Reimbursement to the Reversionary Trust [**Docket # 547**].  On June 29, 2009, I entered an

Order [**Docket # 567**] denying the Government's motion in part and otherwise holding the

motion in abeyance pending additional negotiations between the interested parties.  The parties

now inform me that they have resolved all remaining issues raised in the Government's motion.

[**Docket ## 570, 571**].  Accordingly, to the extent not otherwise denied in my June 29, 2009,

Order, the Government's Objections to the Eleventh Annual Joint Report for the Calendar Year

2008 Pertaining to the Irrevocable Reversionary Inter Vivos Medical Care Trust for the Benefit

of Tasha R. Hill, Motion for Further Information, and Motion for Reimbursement to the

Reversionary Trust [**Docket # 547**] is DENIED AS MOOT.

Dated: August 10,  2009.

BY THE COURT:


  s/Lewis T. Babcock
Lewis T. Babcock, Judge