IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:90-CV-01071-LTB

ROBERT E. HILL, individually, and
as parent and next friend of Tasha R.
Hill, a minor; and CYNTHIA G. HILL,
individually, and as parent and next
friend of Tasha R. Hill, a minor,

        Plaintiffs,

vs.

UNITED STATES OF AMERICA,

        Defendant.

## ORDER

Upon the Notice of Filing of Final Report and Request for Approval and Discharge by SunTrust Bank, Resigning Trustee for the Irrevocable Reversionary Inter Vivos Medical Care Trust for the Benefit of Tasha R. Hill (Doc 580), the United States of America's Response (Doc 584) and the Response of Regions Bank and the Guardian Ad Litem (Doc 585), it is

ORDERED that the Final Report is accepted and approved and SunTrust is discharged from any and all responsibilities as the original trustee of the Trust.

        BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED: February 25, 2010